IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALLSTEEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-856C
(Judge Allegra)

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, ALLSTEEL, INC., and THE UNITED STATES, by their respective attorneys, pursuant to Rule 41(a) and (c) of the Rules of the United States Court of Federal Claims, stipulate to dismiss all claims, counterclaims, crossclaims, and third-party claims with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.

Stephen J. Landes
John A. Roberts
Matthew M. Garrett
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive
Chicago, Illinois 60606
Tele: (312) 201-2000

Attorneys for Plaintiff

Dated: ________________

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

Dated: October 28, 2003

CERTIFICATE OF FILING

I hereby certify that on this 28th day of October 2003, a copy of foregoing "STIPULATION FOR DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.