IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLSTEEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-856C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, ALLSTEEL, INC., and THE UNITED STATES, by their respective attorneys, pursuant to Rule 41(a) and (c) of the Rules of the United States Court of Federal Claims, stipulate to dismiss all claims, counterclaims, crossclaims, and third-party claims with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Stephen J. Landes
Stephen J. Landes
John A. Roberts
Matthew M. Garrett
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive
Chicago, Illinois 60606
Tele: (312) 201-2000

Attorneys for Plaintiff

Dated: October 31, 2003

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys For Defendant

Dated: ________________, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of October, 2003, a copy of foregoing “STIPULATION FOR DISMISSAL WITH PREJUDICE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Stephen J. Landes________________